UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC G PEREZ GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>MEXICAN STREET FOOD LLC,<br><br>Defendant. | Case No.  25-cv-06809-VKD<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 14 |

Plaintiff advises that the parties have reached a settlement of this matter.  Dkt. No. 14.  Accordingly, all pending deadlines and appearances are vacated.  On or before **January 27, 2026**, a stipulated dismissal shall be filed pursuant to Fed. R. Civ. P. 41.

If a dismissal is not filed by that date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **February 3, 2026 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).  In advance of the show cause hearing, the parties shall file a statement no later than **January 27, 2026** advising as to (1) the status of their efforts to finally resolve the matter; and (2) how much additional time, if any, is requested to file a dismissal.  The parties' status report shall not disclose the substance of any settlement discussions.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated, and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: November 26, 2025

Virginia K. DeMarchi
United States Magistrate Judge